# BEFORE THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**IN RE:** Chiquita Brands International, Inc.
Alien Tort Statute and Shareholder Derivative
Litigation

MDL No. 1916

## NOTICE OF POTENTIAL TAG-ALONG ACTION

In accordance with Rule 7.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, Plaintiffs John Doe 1 *et al.* write to notify you of the potential tag along action listed on the attached Schedule of Action. A docket sheet and the complaint are attached.

Dated: October 5, 2015

Respectfully submitted,

/s/ MARCO SIMONS

Marco Simons
**EarthRights International**
1612 K Street NW #401
Washington, DC 20006
Tel: 202-466-5188
Fax: 202-466-5189
Email: marco@earthrights.org
**Counsel for Plaintiffs John Doe 1 *et al.***