# BEFORE THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**IN RE:** Chiquita Brands International, Inc.
Alien Tort Statute and Shareholder Derivative
Litigation

MDL No. 1916

## NOTICE OF POTENTIAL TAG-ALONG ACTION
## SCHEDULE OF ACTIONS

| | **Plaintiffs** | **Defendants** | **District** | **Civil Action No.** | **Judge** |
|---|---|---|---|---|---|
| 1. | John Doe *et al.* | Carla A. Hills, Personal Representative of the Estate of Roderick M. Hills | District of Columbia | 1:15-cv-1586 | John D. Bates |

Dated: October 5, 2015

Respectfully submitted,

/s/ MARCO SIMONS

Marco Simons
**EarthRights International**
1612 K Street NW #401
Washington, DC 20006
Tel: 202-466-5188
Fax: 202-466-5189
Email: marco@earthrights.org
**Counsel for Plaintiffs John Doe 1 *et al.***