# BEFORE THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**IN RE:** Chiquita Brands International, Inc.
Alien Tort Statute and Shareholder Derivative
Litigation MDL No. 1916

## PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that copies of the foregoing Notice of Potential Tag-Along Action were served on the Defendant in the following case, as indicated below, on October 5, 2015.

**DOES v. HILLS, D. District of Columba, C.A. No. 1:15--cv--01586 (JDB)**

**Served via Email:**

Dimitri Portnoi
O'Melveny & Myers LLP
400 South Hope Street
Los Angeles, CA 90071
Phone: 213-430-7699
Fax: 213-430-6407
Email: dportnoi@omm.com
**Counsel for Defendant Carla A. Hills**

K. Lee Blalack II
1625 Eye Street, NW
Washington, DC 20006
Phone: 202-383-5374
Fax+1-202-383-5414
Email: lblalack@omm.com
**Counsel for Defendant Carla A. Hills**

Ellen Harrison
McDermott Will & Emery LLP
500 North Capitol Street, N.W.

Washington, DC 20001
Phone: 202-756-8635
Fax: 202-756-8087
Email: eharrison@mwe.com
**Probate Counsel for Defendant Carla A. Hills**

Dated this 5th day of October 2015.

Respectfully submitted,

/s/ MARCO SIMONS

Marco Simons
**EarthRights International**
1612 K Street NW #401
Washington, DC 20006
Tel: 202-466-5188
Fax: 202-466-5189
Email: marco@earthrights.org
**Counsel for Plaintiffs John Doe 1 *et al.***