**UNITED STATES JUDICIAL PANEL**
**on**
**MULTIDISTRICT LITIGATION**

**IN RE: CHIQUITA BRANDS INTERNATIONAL, INC., ALIEN TORT STATUTE AND SHAREHOLDERS DERIVATIVE LITIGATION**

Does v. Hills, )
District of Columbia, C.A. No. 1:15-01586 ) MDL No. 1916

**ORDER REINSTATING STAY OF CONDITIONAL TRANSFER ORDER**

A conditional transfer order was filed in the above-listed action on October 7, 2015. Due to administrative error, the stay of this conditional transfer order was lifted prematurely on October 14, 2015.

IT IS THEREFORE ORDERED that the stay of the Panel's conditional transfer order designated as "CTO-7" filed on October 7, 2015, is REINSTATED.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel