BEFORE THE UNITED STATES JUDICIAL
PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| **IN RE:** CHIQUITA BRANDS INTERNATIONAL, INC. ALIEN TORT STATUTE AND SHAREHOLDER DERIVATIVE LITIGATION | MDL Docket No. 1916 |

This Filing Relates To The Following Case Only:

*John Doe 1 et al. v. Carla A. Hills, as Personal Representative for the Estate of Roderick M. Hills*, D.D.C., 1:15-cv-1586 (JDB)

### DEFENDANT'S MOTION TO VACATE CONDITIONAL TRANSFER ORDER (CTO-7)

    Defendant, Carla A. Hills, as Personal Representative of the Estate of Roderick M. Hills, Sr., pursuant to Rule 7.1(f) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, moves the Panel to vacate its order of October 7, 2015 conditionally transferring the above-captioned case to the United States District Court for the Southern District of Florida. This motion is based on the attached Brief in Support of Motion to Vacate Conditional Transfer Order (CTO-7), and such other materials as may be presented to the Panel at the time of the hearing on the motion.

Dated: October 29, 2015

                                  O'MELVENY & MYERS LLP

                              By: /s/ K. Lee Blalack, II
                                  K. Lee Blalack, II
                                  lblalack@omm.com
                                  Anton Metlitsky
                                  ametlitsky@omm.com
                                  Dimitri D. Portnoi
                                  dportnoi@omm.com
                                  O'Melveny & Myers LLP
                                  1625 Eye Street NW
                                  Washington, DC 20006
                                  (202) 383-5300
                                  (202) 383-5414 (fax)

                              *Attorneys for Defendant Carla A. Hills, as Personal Representative of the Estate of Roderick M. Hills, Sr.*