BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

IN RE: Chiquita Brands International, Inc.
Alien Tort Statute and Shareholder Derivative
Litigation

MDL No. 1916

## SCHEDULE OF ACTIONS

|    | Plaintiffs | Defendants | District | Civil Action No. | Judge |
|----|------------|------------|----------|------------------|-------|
| 1. | John Doe *et al*. | Carla A. Hills, Personal Representative of the Estate of Roderick M. Hills | District of Columbia | 1:15-cv-1586 | John D. Bates |

Dated: October 29, 2015

        Respectfully submitted,

        O'MELVENY & MYERS LLP

        By: /s/ K. Lee Blalack, II
            K. Lee Blalack, II
            lblalack@omm.com
            Anton Metlitsky
            ametlitsky@omm.com
            Dimitri D. Portnoi
            dportnoi@omm.com
            O'Melveny & Myers LLP
            1625 Eye Street NW
            Washington, DC 20006
            (202) 383-5300
            (202) 383-5414 (fax)

        *Attorneys for Defendant Carla A. Hills, as Personal Representative of the Estate of Roderick M. Hills, Sr.*