BEFORE THE UNITED STATES JUDICIAL
PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| **IN RE:** CHIQUITA BRANDS INTERNATIONAL, INC. ALIEN TORT STATUTE AND SHAREHOLDER DERIVATIVE LITIGATION | MDL Docket No. 1916 |

This Filing Relates To The Following Case Only:

*John Doe 1 et al. v. Carla A. Hills, as Personal Representative for the Estate of Roderick M. Hills*, D.D.C., 1:15-cv-1586 (JDB)

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served via CM/ECF and/or email on October 29, 2015, to counsel for the other parties.

                        Respectfully submitted,

Dated: October 29, 2015

                        O'MELVENY & MYERS LLP

                        By: /s/ K. Lee Blalack, II
                            K. Lee Blalack, II
                            lblalack@omm.com
                            Anton Metlitsky
                            ametlitsky@omm.com
                            Dimitri D. Portnoi
                            dportnoi@omm.com
                            O'Melveny & Myers LLP
                            1625 Eye Street NW
                            Washington, DC 20006
                            (202) 383-5300
                            (202) 383-5414 (fax)

                        *Attorneys for Defendant Carla A. Hills, as Personal Representative of the Estate of Roderick M. Hills, Sr.*