UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

**IN RE: CHIQUITA BRANDS INTERNATIONAL, INC.,
ALIEN TORT STATUTE AND SHAREHOLDERS
DERIVATIVE LITIGATION**

| | |
|---|---|
| Doe 1, et al. v. Chiquita Brands International, Inc., et al., ) | |
|     S.D. Florida, C.A. No. 9:08-80421 ) | MDL No. 1916 |
|     (D. New Jersey, C.A. No. 2:07-03406) ) | |
| Does (1-144) v. Chiquita Brands International, Inc., et al., ) | |
|     S.D. Florida, C.A. No. 9:08-80465 ) | |
|     (D. District of Columbia, C.A. No. 1:07-01048) ) | |

**CONDITIONAL REMAND ORDER**

The transferee court in this litigation has advised the Panel that remand of the actions on this conditional remand order to the transferor courts, as provided in 28 U.S.C. §1407(a), is appropriate.

IT IS THEREFORE ORDERED that the actions on this conditional remand order be remanded to their respect transferor courts.

IT IS ALSO ORDERED that, pursuant to Rule 10.2 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the transmittal of this order to the transferee clerk for filing shall be stayed 7 days from the date of this order. If any party files a notice of opposition with the Clerk of the Panel within this 7-day period, the stay will be continued until further order of the Panel. This order does not become effective until it is filed in the office of the Clerk for the United States District Court for the Southern District of Florida.

IT IS FURTHER ORDERED that, pursuant to Rule 10.4(a), the parties shall furnish the Clerk for the Southern District of Florida with a stipulation or designation of the contents of the record to be remanded.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel