BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

|  |  |
|---|---|
| IN RE CHIQUITA BRANDS INTERNATIONAL, INC. ALIEN TORT STATUTE AND SHAREHOLDERS DERIVATIVE LITIGATION | : : : : : | MDL No. 1916 |

DEFENDANTS' NOTICE OF OPPOSITION
TO CONDITIONAL REMAND ORDER

Pursuant to Judicial Panel on Multidistrict Litigation Rule 10.2, the Defendants in *Doe 1 v. Chiquita Brands International, Inc.*, Nos. 9:08-cv-80465 (S.D. Fla.), 2:07-cv-03406 (D.N.J.) and *Does (1-144) v. Chiquita Brands International, Inc.*, Nos. 9:08-cv-80421 (S.D. Fla.), 1:07-cv-01048 (D.D.C.) hereby object to the Panel's June 9, 2016 Conditional Remand Order ("CRO") (D.E. 77).  Defendants will file a motion to vacate the CRO within the time period allotted under Rule 10.2(e).

Dated: June 16, 2016                                    Respectfully submitted,

/s/ John E. Hall
John E. Hall
Mark Mosier
Shankar Duraiswamy
José E. Arvelo
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, NW
Washington, D.C.  20001
Telephone: (202) 662-6000
Fax: (202) 662-6291

Jonathan M. Sperling
COVINGTON & BURLING LLP
The New York Times Building
620 Eighth Avenue
New York, NY  10018
Telephone:  (212) 841-1000

Ardith Bronson (Fla. Bar No.: 423025)
ardith.bronson@dlapiper.com
Michael G. Austin (Fla. Bar No.: 457205)
michael.austin@dlapiper.com
DLA Piper LLP (US)
200 South Biscayne Blvd., Suite 2500
Miami, Florida 33131
Tel: 305.423.8562
Fax: 305.675.6366

Earl Silbert (admitted pro hac)
earl.silbert@dlapiper.com
Charles B. Wayne (admitted pro hac)
charles.wayne@dlapiper.com
DLA Piper LLP (US)
500 Eighth Street, NW
Washington, DC  20004

Fax: (212) 841-1010

*Counsel for Chiquita Brands International, Inc. and Fernando Aguirre*

David S. Krakoff
James T. Parkinson
BUCKLEYSANDLER LLP
1250 24th Street, N.W., Suite 700
Washington, D.C. 20037
Telephone: (202) 349-8000
Fax: (202) 349-8080

L. Louis Mrachek (Fla. Bar No. 182880)
MRACHEK, FITZGERALD, ROSE, KONOPKA, THOMAS & WEISS, P.A.
505 South Flagler Drive, Suite 600
West Palm Beach, Florida 33401
Telephone: (561) 655-2250
Fax: (561) 655-5537

*Counsel for Defendant Charles Keiser*

John B. T. Murray, Jr. (Fla. Bar. No. 962759)
SQUIRE PATTON BOGGS (US) LLP
1900 Phillips Point West
777 South Flagler Drive
West Palm Beach, FL 33401
Telephone: 561.650.7213
Facsimile: 561.655.1509
jb.murray@squirepb.com

*Counsel for Defendant William Tsacalis*

K. Lee Blalack, III
Dimitri Portnoi
O'Melveny & Myers, LLP
1625 Eye St., NW
Washington, DC 20006
Telephone: 202-383-5374
Facsimile: 202-383-5414
lblalack@omm.com
dportnoi@omm.com

*Counsel for Carla A. Hills, as personal representative of the Estate of Roderick Hills*

Tel: 202.799.4000
Fax: 202.799.5000

*Counsel for Cyrus Freidheim and Robert Kistinger*

J. Michael Burman, Esq. (Fla. Bar No.: 136214)
Bernard A. Lebedeker, Esq.
REID BURMAN LEBEDEKER
222 Lakeview Ave., Suite 1160
West Palm Beach, FL 33401
561-659-7700 (telephone)
561-659-6377 (fax)
jmb@reidburmanlaw.com
bal@reidburmanlaw.com

*Counsel for Steven Warshaw*

Jeffrey A. Neiman (Fla. Bar No.: 544469)
MARCUS NEIMAN & RASHBAUM
100 Southeast Third Avenue
Suite 805
Fort Lauderdale, FL 33394
Tel: (954) 462-1200
Fax: (954) 688-2492
jneiman@mnrlawfirm.com

Elissa J. Preheim
R. Stanton Jones
ARNOLD & PORTER LLP
601 Massachusetts Avenue NW
Washington, DC 20001
Tel: (202) 942-5000
Fax: (202) 952-5999
elissa.preheim@aporter.com
stanton.jones@aporter.com

*Counsel for Defendant Robert Olson*