BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE CHIQUITA BRANDS INTERNATIONAL, INC. ALIEN TORT STATUTE AND SHAREHOLDERS DERIVATIVE LITIGATION | : : : : : : | MDL No. 1916 |

**Proof of Service**

I, John E. Hall, hereby certify that on this 16th day of June 2016, I electronically filed the foregoing document with the Clerk of the JPML using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record included in the attached service list via transmission of Notices of Electronic Filing generated by CM/ECF.

Dated: June 16, 2016

Respectfully submitted,

/s/ John E. Hall
John E. Hall
Mark Mosier
Shankar Duraiswamy
José E. Arvelo
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, NW
Washington, D.C.  20001
Telephone: (202) 662-6000
Fax: (202) 662-6291

Jonathan M. Sperling
COVINGTON & BURLING LLP
The New York Times Building
620 Eighth Avenue
New York, NY  10018
Telephone:  (212) 841-1000
Fax:  (212) 841-1010

*Attorneys for Chiquita Brands International, Inc.*

## Service List

| PARTY | COUNSEL SERVED |
|---|---|
| Plaintiffs Doe 1 *et al*.<br><br>(S.D. Fla. 9:08-cv-80465; D.N.J. No. 2:07-cv-03406) | Marco Simons<br>Richard Herz<br>Jonathan Kaufman<br>Earthrights International<br>1612 K Street, NW, Suite 401<br>Washington, DC 20006<br>**marco@earthrights.org**<br>**rick@earthrights.org**<br><br>Judith Brown Chomsky<br>8120 New 2nd Street<br>Elkins Park, PA 19027<br>**jchomsky@igc.org** |
| Plaintiffs Does (1-144) *et al.*<br><br>(S.D. Fla. 9:08-cv-80421; D.D.C. No. 1:07-cv-01048) | Terrence P. Collingsworth<br>International Rights Advocates<br>621 Maryland Ave., NE<br>Washington DC 20002<br>**tc@iradvocates.com**<br><br>William R. Scherer<br>Eric Hager<br>Conrad & Scherer LLP<br>633 South Federal Highway, 8th Floor<br>Fort Lauderdale, FL 33301<br>**wscherer@conradscherer.com**<br>**ehager@conradscherer.com**<br><br>Paul Wolf<br>PO Box 46213<br>Denver, CO 80201<br>202-431-6986<br>**paulwolf@yahoo.com** |